UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALEJA MANUFACTURING, INC.,
        Plaintiff,

v.

POP DISPLAYS USA, LLC,
        Defendant.
-----------------------------------------------------------x

**ORDER**

20 CV 6630 (VB)

      Plaintiff commenced this action on August 19, 2020 (Doc. #1), and on August 20, 2020, a summons was issued (Doc. #5).

      On September 4, 2020, plaintiff filed an affidavit of service indicating defendant was served on September 3, 2020.  (Doc. #12).  Defendant's deadline to answer, move, or otherwise respond to the complaint was September 24, 2020.  See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendant has not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by October 8, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by October 22, 2020.  **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).**

Dated: October 1, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge