Case 7:20-cv-06630-VB Document 59 Filed 09/09/21 Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJA MANUFACTURING INC., <br><br> Plaintiff, <br><br> - against – <br><br> POP DISPLAYS USA, LLC, <br><br> Defendant. | Civil Action No.: 7:20-cv-06630 (VB)(AEK) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/21

## JUDGMENT

WHEREAS all the parties to this action having stipulated and agreed that the Plaintiff shall have judgment against the Defendant for (i) the principal amount of $389,544.68, (ii) pre-judgment interest in the amount of $46,314.30 through September 8, 2021 for a total judgment of $435,858.98, plus $88.05 per day shall be added to the prejudgment interest and the total judgment for each day after September 8, 2021 until the judgment is entered, and (iii) each party shall bear its own costs and disbursements of this action, including attorneys' fees and this case will be closed, and the matter having come before the Honorable Vincent L. Briccetti, United States District Judge, and the Court on 9/9, 2021, having rendered its Order directing the Clerk of the Court to enter judgment for the stipulated amount.

It is hereby ORDERED, ADJUDGED and DECREED: Pursuant to the Stipulated Judgment so ordered by the Court on 9/9, 2021, judgment is hereby entered in favor of Plaintiff against Defendant in the amount of $435,858.98, plus $88.05 per day shall be added to the prejudgment interest and the total judgment for each day after September 8, 2021 until the judgment is entered; each party shall bear its own costs and disbursements of this action, including attorneys' fees; accordingly this case is closed.

9/9/2021

SO ORDERED:

_____
U.S.D.C. Judge Vincent L. Briccetti